NAME Charles Dunn
CDC/BKG# 2079599 Kern Co Jail
PO BOX 17695 Industrial Farm Rd
STREET
CITY, ST., ZIP Bakersfield, CA 93308

Case 1:15-cv-00318-SKO   Document 1   Filed 03/02/15   Page 1 of 19

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAR - 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Charles E. Dunn Jr.
_____
Petitioner

v.

Kern County Sheriff, Donny Youngblood;
U.S. Marshals Service, Fresno Office
U.S. Attorneys Office, Fresno
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 1:15-CV-00318 SKO (HC)
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Charles Elmer Dunn Jr.
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Kern County Jail, Lerdo
   (b) Address: 17695 Industrial Farm Rd
       Bakersfield, CA 93308
   (c) Your identification number: bk #2079599, U.S.M.S #60140-065

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other (explain): Past Prison Supervision Violation - Pending ajudication

RECEIVED
MAR 02 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other (explain): Inadiquite Medical Services, Substendard Housing facilities

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Kern County Sheriff, U.S. Marshals Service
   (b) Docket number, case number, or opinion number: 1520, 1360, 1274
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Refusing to pay for medical treatment for my Hepatitus Refusing to get me eye glasses to see with Housing me in a facility with no fire sprinklers or smoke allarms
   (d) Date of the decision or action: 11-30-14, 12-25-14, 2-13-15, 12-2-14

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Kern County Sheriff
       (2) Date of filing: 11-29-14, 12-18-14, 11-30-14, 1-31-15
       (3) Docket number, case number, or opinion number: 1520, 1360, 1274
       (4) Result: Denied, refused to fund treatment.
       (5) Date of result: 11/30/14, 12/19/14, 2/13/15
       (6) Issues raised: ① I have medical issues that need treatment and I'm being refused treatment. ② The Jail facility is in violation of state building codes and minimum stadards.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes            ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _Kern County Sheriff, Jail Commander_
   (2) Date of filing: _11-30-14, 12-25-14, 2-13-15, 12-2-14_
   (3) Docket number, case number, or opinion number: _1520, 1360, 1274_
   (4) Result: _Jail Commander did not reply to any of my appeals_
   (5) Date of result: _No responce._
   (6) Issues raised: (1) That I have medical issues that need treated.
   (2) The Jail was in violation of title 15 minimum standards of Jails and state building codes for life, fire and safty.

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes            ☒ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _No process for it in Kern County Jail_

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes         ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes         ☐ No

    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes         ☒ No

    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
  ☐ Yes   ☐ No
  If "Yes," provide:
  (1) Date of filing:
  (2) Case number:
  (3) Result:
  (4) Date of result:
  (5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
  ☐ Yes   ☐ No
  If "Yes," provide:
  (1) Name of court:
  (2) Date of filing:
  (3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** I have Hepetitus C and I'm not being treated for it. Cruel and unusal punishment and Equal protection.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
They did a blood test on my to see if I had hepatitus C genotype one.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes  ☐ No

GROUND TWO: I'm near sighted and can see very well. Equal Protection

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I cant drive a car without corrective lenses

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes  ☐ No

GROUND THREE: No fire sprinkler systems in the dorms in Kern County Jail. Cruel and Unusual Punishment and Equal Protection

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Your Courtroom has fire sprinkles and no-one sleeps or lives in your court room.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes  ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** No Smoke detectors in the dorms in Kern County Jail.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Your Courtroom has smoke detectors in it and no-one live in your courtroom.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: No Emergency Exit signs with Emergency lighting for Evacuation. No posted Evacuation plans in Units. because Jail staff would not respond to it.

**Request for Relief**

15. State exactly what you want the court to do: I request medical treatment for my medical issues and the facility brought in to complience with building codes and law as to life/Fire/and safty

Page 9 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_24    February , 2015_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _2-20-15_                                    _[signature: Charles]_

                                                   *Signature of Petitioner*


                                                   *Signature of Attorney or other authorized person, if any*

## Kern County Sheriff's Department Detention Facilities
Department De Sheriff De El Condado De Kern Facilda De Dentencion

### Answer to Inmate Grievance
/ Respuesta A Quejas O Reclamacion Para Presos

| Dunn, Charles | 2079599 | MX D505 |
|---|---|---|
| **Inmate's Name** | **Booking Number** | **Housing Location** |

# COVER SHEET

# PLEASE SIGN NEXT PAGE

01/11/11 BW/vc

RESPONSE DUE DEC 25 2014 BEFORE

# Kern County Sheriff's Department Detention Facilities
## Departmento Del Sherife Del Condado De Kern Facilida De Detencion
### Inmate Grievance Form
### Forma De Queja O Reclamacion Para Presos

Inmates Name/Nombre Preso: Charles Dunn
Booking Number/Numero: 2079599
Housing Location/Situacion/Barraka y Cama: MX-D5-05

RECEIVED BY COMPLIANCE

Check one box only:

- [ ] CUSTODY/COSTODIA
- [ ] CLASSIFICATION/CLASSIFICASION
- [ ] MENTAL HEALTH/SALUD MENTAL
- [ ] LAUNDRY/LAVANDERIA
- [x] MEDICAL SERVICES/SERVICIOS MEDICALES
- [ ] FOOD SERVICE/SERVICIOS DE COMIDA
- [x] OTHER: Max-Med

Explain your complaint, including dates, times, names of persons involved, and the location where the incident occurred. You may grieve only one issue per grievance form and only one inmate may be listed on the form. A grievance must be filed within ten working days of the incident.

Explique su queja, incluso fechas y tiempos del incidente, los nombres de las personas implicadas en el incidente, donde ocurrió el incidente. y el remedio que usted solicita. Solamente una queja por cada forma. Nomas un prisionero puede quejarse por cada forma. Su queja tiene que ser sometida entre diez dias laborables del incidente.

Grievance/Queja O Reclamacion: I'm neer sighted and I requested an eye exam and some eye glasses I have not had a new eye exam in 3 years. My last eye prescription was -325 for both eyes. My poor eye sight is a disability and you must make reasenable accomidation as per the american with disabilities Act. If Needed I will give you the information where I got my last eye exam also. I seen the doctor on 12-11-14 and he told me that I was denied for eyeglasses

Date/Fecha: 12-18-14

---

Do Not Write Below This Line – To Be Completed By Sheriff's Staff
No Escriba Bajo De Esta Linea Sera Completado Por Personal De El Sherife

Received By/Recebido Por: LOPEZ/202722
Date Received: 12-18-14
Forwarded To/Adelantado A: SR. PUCILOWSKI

Distribution: White – Administration
Yellow – Inmate

Sheriff SSO 2320 1253 (Rev. 12/03)

RECEIVED 12/19/14

# Kern County Sheriff's Department Detention Facilities
## Department De El Sheriff De El Condado De Kern Facilda De Denencion

### Answer to Inmate Grievance
### Forma De Queja O Reclamacion Para Presos

Dunn, Charles   2079599   MXD5-05
Inmate's Name   Booking Number   Housing Location

### Answer / Respuesta

THIS IS IN RESPONSE TO YOUR GRIEVANCE DATED 12/18/14.

The U S Marshall has denied your request for prescription glasses, due to your visual acuity being 20/40.

The U S Marshalls requirement for distance visual acuity must be 20/100 in both of your eyes.

You stated in your grievance that you have not had an examination of your eyes for 3 years. You are advised to discuss this matter with our facility MD for insight into your needs.

M. Ballesteros RN

12/19/14   12/18/14
Date Received   Date of Grievance

M. Ballesteros RN   M3062   12/25/14
Officer Responding to Grievance   I.D.   Date of Response:

_____   _____
Inmate Signature(acknowledging receipt of response)   Date Delivered to Inmate:

DBPPM 1-200 Attachment A   Rev. 06/30/04

# Kern County Sheriff's Department Detention Facilities
## Departmento Del Sherife Del Condado De Kern Facilida De Detencion
### Inmate Grievance Form
### Forma De Queja O Reclamacion Para Presos

Inmates Name/Nombre Preso: Charles Dunn
Booking Number/Numero: 2079599
Housing Location/Situacion/Barraka y Cama: MX-D5-05

**Check one box only:**

☐ Custody/Costodia  ☐ Classification/Classificasion  ☐ Mental Health/Salud Mental  ☐ Laundry/Lavanderia

☐ Medical Services/Servicios Medicales  ☐ Food Service/Servicios De Comida

☒ Other: Safty

Explain your complaint, including dates, times, names of persons involved, and the location where the incident occurred. You may grieve only one issue per grievance form and only one inmate may be listed on the form. A grievance must be filed within ten working days of the incident.

Explique su queja, incluso fechas y tiempos del incidente, los nombres de las personas implicadas en el incidente, donde ocurrió el incidente. y el remedio que usted solicita. Solamente una queja por cada forma. Nomas un prisionero puede quejarse por cada forma. Su queja tiene que ser sometida entre diez dias laborables del incidente.

**Grievance/Queja O Reclamacion:** Fire Safty: There are no smoke detectors or fire sprinkler system in the Max-Medium dorms. This is a violation of building and Occupancy Codes and of O.S.H.A. standards. This situation needs to be rectified. The 2014 National Electric Code has the criteria for installing a fire detection system. As of right now, by code this jail is not in compliance with fire and safty. It is also lacking fire hoses and extinguishers.

**Date/Fecha:**

---

Do Not Write Below This Line – To Be Completed By Sheriff's Staff
No Escriba Bajo De Esta Linea Sera Completado Por Personal De El Sherife

Received By/Recebido Por: M Kurtz 20210
Date Received: 11/30/14
Forwarded To/Adelantado A: SGT Dickerson

Distribution: White – Administration
Yellow – Inmate

Sheriff 580 2320 1253 (Rev. 12/03)

# Kern County Sheriff's Office Detentions Facilities
## Oficina de Instalaciones de Detencion del Sheriff del Condado de Kern
### Answer to Inmate Grievance
### Forma De Queja O Reclamacion Para Presos

Dunn, Charles  
Inmate's Name

2079599  
Booking Number

Max D5-05  
Housing Location

## Answer / Respuesta

Sir, I received your grievance on 11/30/2014. In your grievance you suggest that the Max-Med facility is unsafe as related to fire suppression equipment. This is false. This facility, as well as all Sheriff's office facilities, is inspected annually by the California State Fire Marshal's office for fire safety compliance. This facility has fire suppression equipment in the proper locations for immediate access by staff. We do not maintain fire suppression equipment inside the inmate housing areas. To do so would endanger not only security staff but other inmates as well. We have it, you just can't see it.

For your safety, in the event of a fire staff would immediately call the local fire department and take action to suppress the fire with the state approved equipment accessible at each work station. All inmates will be given clear directions as to evacuation procedures if necessary while fire department personnel respond.

I thank you for your expressed concern. However, there is no reason for your grievance based on health or safety issues. As noted above, all Kern County Sheriff's Office facilities, whether custody facilities or administrative facilities. Are regularly inspected by the state Fire Marshal and we are held to this standard of compliance.

Grievance denied.

Sgt. M. Dickerson

**INMATE COPY**

11/30/14  
Date of Grievance

11/30/14  
Date Received

SGT. DICKERSON  
Officer responding to Grievance

700708  
I.D. #

11/30/14  
Date of Response

X  
Inmate Signature (acknowledging receipt of response)

X  
Date Delivered to Inmate

**DBPPM I-200 Attachment A**  Rev. 11/02/09

RESPONSE DUE
DEC - 6 2014
BEFORE ____

# Kern County Sheriff's Department Detention Facilities
Departmento Del Sherife Del Condado De Kern Facilida De Detencion
## Inmate Grievance Form
Forma De Queja O Reclamacion Para Presos

Inmates Name/Nombre Preso: Charles Dunn
Booking Number/Numero: 2079599
Housing Location/Situacion/Barraka y Cama: MX-D5-05

RECEIVED BY COMPLIANCE 2014 DEC -1 2 74

Check one box only:

☐ Custody/Costodia  ☐ Classification/Classificasion  ☐ Mental Health/Salud Mental  ☐ Laundry/Lavanderia

☐ Medical Services/Servicios Medicales  ☐ Food Service/Servicios de Comida

☒ Other: Sanitation

Explain your complaint, including dates, times, names of persons involved, and the location where the incident occurred. You may grieve only one issue per grievance form and only one inmate may be listed on the form. A grievance must be filed within ten working days of the incident.

Explique su queja, incluso fechas y tiempos del incidente, los nombres de las personas implicadas en el incidente, donde ocurrió el incidente. y el remedio que usted solicita. Solamente una queja por cada forma. Nomas un prisionero puede quejarse por cada forma. Su queja tiene que ser sometida entre diez dias laborables del incidente.

Grievance/Queja O Reclamacion: Black Mold;  Date/Fecha: 11-29-14

I have sent in request forums to have the Black Mold in the shower areas of the Dorms removed. There is Black Mold in all the Dorms in Max-Med and it needs removed. Read OSHA Standards for removal. Area needs to be tented off, persons doing removal need Haz-mat training and Haz-mat gear with respirators.

INMATE COPY

Jim Roden

---
Do Not Write Below This Line – To Be Completed By Sheriff's Staff
No Escriba Bajo De Esta Linea Sera Completado Por Personal De El Sherife

Received By/Recebido Por: Lu E Cap  201368
Date Received: 11-29-14 =205
Forwarded To/Adelantado A: SR. C. Howell

Distribution: White – Administration
Yellow – Inmate

Sheriff 580 2320 1253 (Rev. 12/03)

SR. C. Howell

# Kern County Sheriff's Department Detentions Facilities
## Department De El Sheriff De El Condado De Kern Facilda De Detencion

## Answer to Inmate Grievance
### Forma De Queja O Reclamacion Para Presos

2079599   MXDSOS

Dunn, Charles         2046351  SR. P2 #20         MXD727 SR P2 #520

Inmate's Name         Booking Number                Housing Location

### Answer / Respuesta

I received and reviewed your grievance dated 11/29/14 in regards to sanitation in your housing unit shower. This issue is being addressed. Utility will provide supplies to clean and disinfect the showers.

In addition, the procedure for disinfecting the showers is being changed to allow the chemical to dry. The showers will not be available for use after lock down when the showers will be sprayed and allowed to dry to disinfect and prevent mold.

INMATE COPY

| 11/29/14 | | 12/2/14 |
|---|---|---|
| Date of Grievance | | Date Received |
| Sgt. M. Black | 412 | 12/2/14 |
| Officer responding to Grievance | I.D. # | Date of Response |
| _____ | | _____ |
| Inmate Signature (acknowledging receipt of response) | | Date Delivered to Inmate |

DBPPM I-200 Attachment A                                    Rev. 06/30/04

RESPONSE DUE
FEB -7 2015
BEFORE

# Kern County Sheriff's Department Detention Facilities
Departmento Del Sherife Del Condado De Kern Facilida De Detencion
## Inmate Grievance Form
Forma De Queja O Reclamacion Para Presos

Charles Dunn | 2079599 | MX-D5-05
--- | --- | ---
Inmates Name/Nombre Preso | Booking Number/Numero | Housing Location/Situacion/Barraka y Cama

RECEIVED BY COMPLIANCE FE-215 001-520

**Check one box only:**

☐ Custody/Costodia ☐ Classification/ Classificasion ☐ Mental Health/ Salud Mental ☐ Laundry/ Lavanderia

☒ Medical Services/ Servicios Medicales ☐ Food Service/ Servicios de Comida

☐ Other _____

Explain your complaint, including dates, times, names of persons involved, and the location where the incident occurred. You may grieve only one issue per grievance form and only one inmate may be listed on the form. A grievance must be filed within ten working days of the incident.

Explique su queja, incluso fechas y tiempos del incidente, los nombres de las personas implicadas en el incidente, donde ocurrió el incidente. y el remedio que usted solicita. Solamente una queja por cada forma. Nomas un prisionero puede quejarse por cada forma. Su queja tiene que ser sometida entre diez dias laborables del incidente.

Grievance/Queja O Reclamacion: Medical    Date/Fecha: 1-29-15

I requested treatment of my Hepititis C over two months ago and the only thing that has been done is a blood test #0 to determine the genotype, but no treatment. I request treatment.

---
**Do Not Write Below This Line – To Be Completed By Sheriff's Staff**
No Escriba Bajo De Esta Linea Sera Completado Por Personal De El Sherife
---

EARL #170    1-31-15
Received By/Recebido Por    Date Received    Forwarded To/Adelantado A

Distribution: White – Administration
Yellow – Inmate

Sheriff 580 2320 1253 (Rev. 12/03)

FILE COPY

RECEIVED BY
FEB 11 2015
COMPLIANCE

# Kern County Sheriff's Department Detention Facilities

Department De El Sheriff De El Condado De Kern Facilda De Denencion

## Answer to Inmate Grievance
Forma De Queja O Reclamacion Para Presos

| _DUNN,CHARLES | 2079599 | PTH 615 |
|---|---|---|
| Inmate's Name | Booking Number | Housing Location |

### Answer / Respuesta

This is an answer to your grievance. You were seen by the facility doctor on 12/12/2014 and referred you to go to KMC Hepatology Clinic which we still have pending approval for your visit from the US Marshall. You have a doctor's appointment for a follow up in the near future. You may discuss your medical concern when you see the doctor.

__02/03/2015__                                    01/29/2015

**Date Received**                                 **Date of Grievance**

Pkayn for C
_R.Sagun Rnc M10001_                              __02/04/2015____
Ochorster F980

**Officer Responding to Grievance**    I.D.       **Date of Response:**

Charles D.                                        2-13-15

**Inmate Signature(acknowledging receipt of response)**    **Date Delivered to Inmate:**

# Kern County Sheriff's Department Detention Facilities
## Departmento Del Sherife Del Condado De Kern Facilida De Detencion
### Inmate Grievance Form
### Forma De Queja O Reclamacion Para Presos

Inmates Name/Nombre Preso: Charles Dunn
Booking Number/Numero: 2079599
Housing Location/Situacion/Barraka y Cama: PT-H6-15

**Check one box only:**

☐ Custody/Costodia  ☐ Classification/Classificasion  ☐ Mental Health/Salud Mental  ☐ Laundry/Lavanderia

☒ Medical Services/Servicios Medicales  ☐ Food Service/Servicios de Comida

☐ Other _____

Explain your complaint, including dates, times, names of persons involved, and the location where the incident occurred. You may grieve only one issue per grievance form and only one inmate may be listed on the form. A grievance must be filed within ten working days of the incident.

Explique su queja, incluso fechas y tiempos del incidente, los nombres de las personas implicadas en el incidente, donde ocurrió el incidente, y el remedio que usted solicita. Solamente una queja por cada forma. Nomas un prisionero puede quejarse por cada forma. Su queja tiene que ser sometida entre diez dias laborables del incidente.

**Grievance/Queja O Reclamacion:** Medical
**Date/Fecha:** 2-11-15

I seen Medical and told them about my left leg. I have circulation problems with it. I was informed by another doctor before I was incarcerated at Lerdo I would need surgery to correct the issue. The only thing I've gotten since I've been here is a sock for it. Nothing to elevate my leg or nothing to protect my foot from damage because it takes 3 to 4 times longer for damage to heal in it. I seen medical on it 2-5-15 and got nowsera. I request to see a doctor who specialites in circulatory issues. My foot is purple come look for your self.

---
**Do Not Write Below This Line – To Be Completed By Sheriff's Staff**
**No Escriba Bajo De Esta Linea Sera Completado Por Personal De El Sherife**

Received By/Recebido Por: #854
Date Received: 2/13/15
Forwarded To/Adelantado A:

Distribution: White – Administration
Yellow – Inmate

Sheriff 580 2320 1253 (Rev. 12/03)